IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:22-mc-00644-BHH |
| ) | |
| In Re: David Aylor ) | |

**STIPULATION OF DISMISSAL**

The United States and Attorney David Aylor, through counsel Beattie Ashmore, hereby agree to the following:

1. On February 22, 2022, Defendant LaJustin Williams was indicted by a federal grand jury on numerous drug trafficking charges. Mr. Aylor was retained to represent Defendant Williams. On February 25, 2022, the Court issued its Standard Order Governing Discovery in the case. The Court's Order limits dissemination of discovery materials to defendants in certain cases. Both parties acknowledge and agree that the Court's standing Discovery Order exists to protect sensitive investigative information, therefore attorneys should take particular care in safeguarding and protecting the information from dissemination.

2. David Aylor acknowledges that as counsel of record he was obligated to abide by the terms of the Court's Standing Order Governing Discovery. David Aylor further acknowledges that he was aware of the limitations on dissemination prescribed by the Order and failed to adequately ensure those limitations were observed by his employees. The parties agree that while an employee of the Aylor law firm physically provided discovery materials in violation of the Court's Order, David Aylor is responsible for violating the Court's Order.

3. The United States acknowledges and agrees that Aylor's violation of the Court's Discovery Order was not willful. The parties also agree that David Aylor did not intend for the discovery to be disseminated to anyone other than his client. Further, the parties agree that David Aylor did not intend for the dissemination to influence or repress any witness testimony or evidence.

4. Nonetheless, both parties acknowledge and agree that the Court's standing Discovery Order exists to protect sensitive investigative information, and that violations of the Order can potentially lead to threats of violence, assaults, or violence against witnesses, agents, and government employees. Both parties acknowledge and agree that the sensitive nature of the information contained in materials governed by the Court's Discovery Order require attorneys to take particular care in safeguarding and protecting the information from unlawful dissemination.

5. The Government learned of a potential dissemination of discovery materials in July 2022. At a sealed hearing held August 16, 2022, it was admitted that Mr. Aylor's investigator arranged to leave the discovery in a secure room for his client at the Charleston County Detention Center. Mr. Aylor candidly acknowledged that this was a violation of the standing Discovery Order, and the Government acknowledges that this violation was not willful.

6. Based on the above, the Government filed a Rule to Show Cause requesting sanctions against David Aylor and the David Aylor Law Offices. However, the Government filed the Rule to Show Cause publicly and included quotes made at the sealed hearing by Mr. Aylor and the presiding Judge. The Government acknowledges this was an

inappropriate public disclosure of sealed material. The Rule to Show Cause was discussed publicly which led to inaccurate accounts of the discovery violation.

7. Both parties agree that the Court's standing Discovery Order exists to protect sensitive investigative information, and that violations of the order can potentially lead to threats of violence, assaults, or violence against witnesses, agents, and government employees.

8. As the Government's objectives in the Rule to Show Cause have been met, the Government agrees to voluntarily withdraw the Rule to Show Cause.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

_____
Beattie B. Ashmore (Fed ID # 5215)
For David Aylor and David Aylor Law Offices
Beattie B. Ashmore, P.A.
650 E Washington Street
Greenville, South Carolina 29605
(864) 467-1001 (Office)
(864) 672-1406 (Facsimile)
Beattie@BeattieAshmore.com

_____
T. Dewayne Pearson (Fed ID #10859)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000 (Office)
(803) 256-0233 (Facsimile)
DeWayne.Pearson@usdoj.gov

Columbia, South Carolina
December 19, 2022